UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALFUNZO STALEY,

    Plaintiff,

v.                                      Case No. 12-14784

THE BANK OF NEW YORK MELLON,

    Defendant.
                                                /

**JUDGMENT**

In accordance with the court's "Opinion and Order Granting Defendant's Motion to Dismiss" dated February 21, 2013,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant The Bank of New York Mellon. Dated at Detroit, Michigan, this 21st day of February 2013.

                                                 DAVID J. WEAVER
                                                 CLERK OF THE COURT

                                                  s/ Lisa Wagner
                                            By:  Lisa Wagner, Case Manager
                                                to Judge Robert H. Cleland